IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. CAPITAL MANAGEMENT FUND LP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. and THE DEPOSITORY TRUST COMPANY,<br><br>Defendants. | Case No. 17-311 (UNA) |

## DECLARATION OF JULIA B. KLEIN

I, Julia B. Klein, hereby state as follows:

1. I am an attorney licensed and in good standing in the State of Delaware and the Commonwealth of Pennsylvania.

2. I make this declaration in support of the motion by B.E. Capital Management Fund LP, on behalf of itself and a class of all other similarly situated persons, for preliminary injunction (the "Motion").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Form 8-K, filed with the Securities and Exchange Commission on behalf of DNIB Unwind, Inc. on August 30, 2016.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Findings of Fact, Conclusions of Law, and Order Confirming Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* of DNIB Unwind, Inc. (f/k/a BIND Therapeutics, Inc.) and DNIB Subsidiary Corporation (f/k/a BIND Biosciences Security Corporation) (together, the "Debtors").

5. Attached hereto as **Exhibit 3** is a true and correct copy of certain Uniform Practice Code provisions referenced in the Motion.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email exchange between Eric Furey, a shareholder of DNIB Unwind, Inc., and Robert Colby, Chief Legal Officer at The Financial Industry Regulatory Authority, Inc. ("FINRA").

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email exchange I had with Aimee Bandler, Director and Assistant General Counsel at The Depository Trust & Clearing Corporation ("DTC").

8. Attached hereto as **Exhibit 6** is a true and correct copy of sections one through three of FINRA's ByLaws.

9. Attached hereto as **Exhibit 7** is a true and correct copy of certain DTC procedures referenced in the Motion.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the DTC Dividends Service Guide.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the DTC Distribution Service Guide.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the September 19, 2016 objection (without exhibits) by John H. Coleman to the approval of the Debtors' *Chapter 11 Plan of Liquidation.*

13. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of the September 23, 2016 telephonic hearing that occurred in the Debtors' bankruptcy cases concerning Mr. Coleman's objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2017
       Wilmington, Delaware

_____
Julia B. Klein (DE 5198)