**Exhibit 8**

## Copyright

### IMPORTANT LEGAL INFORMATION

The contents of all Service Guides constitute "Procedures" of The Depository Trust Company ("DTC") as defined in the Rules of DTC. If Participants or other authorized users of DTC's services fail to follow these Procedures precisely, DTC shall bear no responsibility for any losses associated with such failures.

In connection with their use of the Corporation's services, Participants and Pledgees must comply with all applicable laws, including all applicable laws relating to securities, taxation, and money laundering, as well as sanctions administered and enforced by the Office of Foreign Assets Control ("OFAC").  As part of their compliance with OFAC sanctions regulations, all Participants and Pledgees must agree not to conduct any transaction or activity through DTC that violates sanctions administered and enforced by OFAC.

From time to time, DTC receives from outside sources notices and other documents, including corporate action information, and communications concerning financial assets. Although DTC may make certain of such documents and communications, or extracts therefrom, ("Information") available to Participants and other authorized users, it shall be under no obligation to do so nor, having once or more done so, shall DTC have a continuing obligation to make available Information of a certain type. Information is not independently verified by DTC and is not intended to be a substitute for obtaining advice from an appropriate professional advisor. Therefore, Participants and other authorized users are advised to obtain and monitor Information independently. In addition, nothing contained in Information made available to Participants and other authorized users shall relieve them of their responsibility under DTC's Rules and Procedures or other applicable contractual obligations to check the accuracy, where applicable, of Participant Daily Activity Statements and all other statements and reports received from DTC and to notify DTC of any discrepancies. **DTC DOES NOT REPRESENT THE ACCURACY, ADEQUACY, TIMELINESS, COMPLETENESS, OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY INFORMATION (AS DEFINED ABOVE) PROVIDED TO PARTICIPANTS AND OTHER AUTHORIZED USERS, WHICH IS PROVIDED AS-IS. DTC SHALL NOT BE LIABLE FOR ANY LOSS RELATED TO SUCH INFORMATION (OR THE ACT OR PROCESS OF PROVIDING SUCH INFORMATION) RESULTING DIRECTLY OR INDIRECTLY FROM MISTAKES, ERRORS, OR OMISSIONS, OTHER THAN THOSE CAUSED DIRECTLY BY GROSS NEGLIGENCE OR WILLFUL MISCONDUCT ON THE PART OF DTC.** Further, such Information is subject to change. Participants and other authorized users should obtain, monitor, and review independently any available documentation relating to their activities and should verify independently information received from DTC.

**DTC SHALL NOT BE LIABLE FOR: (1) ANY LOSS RESULTING DIRECTLY OR INDIRECTLY FROM INTERRUPTIONS, DELAYS, OR DEFECTS ARISING FROM OR RELATED TO ITS SERVICES; AND (2) ANY SPECIAL, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, OR PUNITIVE DAMAGES.**

The services provided by DTC to its Participants and other authorized users are provided only pursuant to the terms and conditions of the Participants Agreement, which references the Rules and Procedures of DTC, and/or other contractual documents (collectively, the "Contractual Documents"). DTC's obligations to Participants and other authorized users are therefore contractual in nature and are limited solely to those obligations expressly set forth in the Contractual Documents. Participants and other authorized users are obligated to, among other things, follow precisely the procedures outlined in the Contractual Documents and provide DTC with complete and accurate information. In accepting financial assets from Participants and/or providing services to other authorized users, DTC relies, among other things, upon the duty of Participants and other authorized users to exercise diligence in all aspects of each transaction processed through DTC.

Participants and other authorized users expressly acknowledge that the services provided by DTC are ministerial in nature. Moreover, as further reflected by DTC's fee structure (which typically bears no relationship to the dollar value of any given transaction), DTC does not accept any risk of loss to

Participants, other authorized users and possible third party beneficiaries with respect to transactions being processed by DTC.

Copyright © 1999 - 2013 by The Depository Trust Company ("DTC"). All rights reserved. This work (including, without limitation, all text, images, logos, compilation and design) is copyrighted, is proprietary, and is intended for the exclusive use of DTC's Participants and other authorized users of DTC's services. If this work is received in any electronic medium, authorized users of this work are permitted the limited right to make reproductions and transmissions necessary for downloading and storage of this work on the users' computers. Such users are also permitted to print one or more paper copies from the electronic version for their own use. Other than to this limited extent, no part of this work (including any paper copies thereof or print versions thereof) may be altered, reproduced or distributed (including by transmission) in any form or by any means, or stored in any information storage and retrieval system, without DTC's prior written permission.

REDISTRIBUTION BY PARTICIPANTS OF CERTAIN DATA FILES AND THE INFORMATION PROVIDED BY DTC IS STRICTLY PROHIBITED. FOR PURPOSES OF THIS PROCEDURE, "DATA FILES" SHALL MEAN THE BULK CORPORATE ACTIONS DATA FILES PROVIDED BY DTC TO PARTICIPANTS. EACH DATA FILE PROVIDED BY DTC TO A PARTICIPANT IS AND SHALL CONTINUE TO BE THE PROPERTY OF DTC AND NOT OF ANY PARTICIPANT IN RECEIPT THEREOF; THIS PROCEDURE DOES NOT CONSTITUTE THE GRANT OF ANY LICENSE IN, TO OR FOR THE USE OF, ANY DATA FILE OR INFORMATION DISTRIBUTED HEREUNDER OTHER THAN TO DISTRIBUTE TO ITS ACCOUNT HOLDERS INFORMATION CONTAINED IN ANY DATA FILE IT RECEIVES TO THE EXTENT SUCH INFORMATION IS RELEVANT TO THE SECURITY HOLDINGS OF SUCH ACCOUNT HOLDERS, OR IS OTHERWISE REQUIRED BY APPLICABLE LAW.

Participants shall not use, distribute, transmit or otherwise make available any Data File or Information, with or without any service charge or fee, as the basis for or as part of a data product or service offered for commercial gain to any other person. DTC's affiliate DTCC Solutions LLC ("DTCC Solutions") has the right to license usage of the Data Files for purposes other than those permitted in the first paragraph of this Procedure, and any Participant which wishes to use or distribute Data Files other than as contemplated hereby must contract directly with DTCC Solutions prior to any such distribution. This restriction includes, but is not limited to, service bureaus and other third parties, whether or not affiliated with a Participant, regardless of whether such person as previously itself received and/or used any Data Files in the past; such entities may obtain the Data Files only upon execution of a license agreement with DTCC Solutions.

DTC shall have the right, but not the obligation, to audit the use and distribution of Information and Data Files by any Participant. Unauthorized use or distribution by Participant, any of its Affiliates or any of its account holders may result in a fine or other reasonable penalty determined by DTC in accordance with its rules in light of the facts and circumstances of such unauthorized use or distribution. By its acceptance of Information or any Data File, each Participant agrees that, in addition to all other remedies that may be available, DTC and its affiliate DTCC Solutions shall be entitled to seek specific performance and injunctive and other equitable relief as a remedy for any breach of this Procedure by such Participant, its officers, employees, advisors or agents. Neither DTC nor DTCC Solutions shall be liable for any loss, cost or expense arising out of the use of any Data File or the Information contained therein, or the gross negligence or willful misconduct of any Participant with respect to any Data File or the Information contained therein, provided hereunder, the failure of any Participant to comply with these Rules and Procedures or applicable law, or for any consequential, special or punitive damages related thereto.

The contents of the Service Guides are updated in different formats on a periodic basis. Participants and other authorized users of the Service Guides will find the most current version of the Service Guides, as well as DTC Important Notices which address the contents of the Service Guides, on DTC's internet site, http://www.dtcc.com/products/documentation/learning/learning_edl.php. DTC shall bear no responsibility for any losses associated with the failure of Participants or other authorized users to follow DTC's most current Service Guides and/or Important Notices. Participants or other authorized users may direct inquiries about the Service Guides, as well as requests for additional copies, to DTCC Learning, The Depository Trust Company, 55 Water Street, New York, NY 10041, USA; fax number: (212) 855-4203; e-mail address: training_administrator@dtcc.com.

© DTCC

# Interim Accounting

## Overview

Interim Accounting is not a Dividend product in itself, but is an important part of the Allocations product. It is necessary for you to understand how DTC processes dividends during the interim period (the time during which a trade includes the current distribution).

## Important Terms

The following are terms that will enable you to better understand DTC's Interim Accounting process:

| Glossary Term | Abbreviation | Definition |
|---|---|---|
| Receiver | | The party that receives the security (also known as the buyer). |
| Deliverer | | The party that delivers the security (also known as the seller). |
| Registered holder | | The party that is on the books of the issuer as owning the security. |
| Ex-dividend | | A trade settling without the distribution. |
| Ex-date | | The first date on which a security trades without the income distribution. Normally, the ex-date is two business days before the record date. |
| Due bill | | A check equivalent to the distribution amount or an IOU entitling the receiver to the distribution. |
| Due bill period | | The period of time during which a trade includes the current distribution, usually from the record date+1 up to the ex-date+2. |
| Interim period | | DTC's term for the due bill period. |
| Expiration date | | The date that rights expire (become worthless). |
| Accrual period | | The period of time that asset-backed security trades settle with distribution. |
| Stock split | | A stock distribution usually of 25 percent or more of what the shareholder owns. It usually has an ex-date of the first business day after the payable date. |
| Optional dividend | | A dividend for which the shareholder has several options regarding how it will receive distribution (such as cash, additional shares, or a combination). |

## Reasons for Interim Accounting

Normally, the registered holder of a security on the close of business on the record date is entitled to the distribution. There are times, however, when that is not the case. There are two common reasons why this could occur:

1. The registered holder of an equity issue that does not go ex-dividend in the normal way (for example, if the ex-date is after the record date) sells the security prior to the ex-date "with distribution." In this case, the buyer is entitled to the distribution.

2. For most bonds, the buyer (receiver) of the security is entitled to the interest payment on trades settling up to and including the day before the payable date, even though the buyer is not the registered holder.

## Without DTC's Interim Accounting

Normally, due bill processing involves the following activities:

- Trades that settle after the record date "with distribution" (those that entitle the receiver to the distribution) would have a due bill attached to them. This would be in the form of a post-dated check equal to the amount of the distribution, or an IOU stating that the receiver will receive the distribution.
- The receiver must present the due bill on the payable date to the deliverer to receive the distribution.

The period of time in which due bills are used is called the due bill period, which extends from the record date+1 up to the ex-date+2.

## With DTC's Interim Accounting

During the due bill period, DTC:

- Tracks all activity, such as trades, where the receiver is entitled to the announced distribution (cash/stock dividend or interest payment).
- Adjusts participants' record date positions, crediting the receiver and debiting the deliverer.

This ensures accurate payment on the payable date and eliminates time-consuming, costly paper processing.

*Note-* During this due bill period, all DTC activities involving the physical movement of securities are excluded from the dividend allocation. These include your deposits, withdrawals-by-transfer (WTs) and Certificates-on-Demand (CODs).

## Interim Accounting Usage

Activation of DTC's Interim Accounting process depends on the type of distribution. The following table describes the conditions under which Interim Accounting takes place:

| For | Interim Accounting is used |
|---|---|
| Cash dividends | When the ex-date is not normal, and DTC is aware of the ex-date prior to the payable date.<br><br>In this case, the Interim period runs from record date+1 through close of business on ex-date+2. |

| For | Interim Accounting is used |
|---|---|
| Stock distributions | For:<br><br>- All stock splits or<br>- A stock distribution of less than 25 percent with an ex-date that is not normal.<br><br>In this case, the Interim period runs from record date+1 through close of business on ex-date+2.<br><br>*Note*- Stock splits are allocated to your general free and pledged accounts on the business day following the close of the due bill period. Shares allocated to the pledged account automatically become additional collateral for the loan. |
| Rights | When the ex-date is not normal, and there is adequate time for you to submit your rights instructions to DTC for presentation to the paying agent prior to the expiration date.<br><br>In this case, the Interim period runs from record date+1 through close of business on ex-date+2.<br><br>*Note*- If there is not adequate time for you to submit your rights instructions to DTC for presentation to the paying agent prior to the expiration date, DTC will credit your account based on your record date position. You must settle due bills outside DTC. |
| Corporate bonds, CDs, and government bond interest | Because the majority of these settle with interest up to the business day before the payable date.<br><br>In this case, the Interim period runs from record date+1 through payable date-1. |
| Asset-Backed Securities (ABS) | As dictated by the issuer's accrual period. For example, if the accrual period ends after the record date and before the payable date, the Interim period runs from record date+1 through the end of the accrual period.<br><br>*Note*- If the accrual period ends prior to the record date, DTC will not run interim or run "reverse" interim (reverse due bill). |

| For | Interim Accounting is used |
|---|---|
| Supplemental due bills | For special large cash dividends, when the ex-date is the day after the announced payable date. In this case:<br><br>• The Interim period runs from record date+1 through payable date-1<br>• Allocation is made on payable date, and<br>• Interim Accounting starts again on the payable date and continues on a daily basis through ex-date+2. Allocation is made on the business day following the day of delivery by crediting the money settlement account of the receiver and debiting the money settlement account of the deliverer. |

### New York City Record Date Mini-Interim

The Industry standard for dividend cutoff days is a maximum of two business days prior to the out-of-town record date. (DTC refers to this as the New York equivalent record date.)

Mini-interim accounting was developed to allow DTC to meet the record date deadlines when the transfer agent (TA) is located outside of New York City. Mini-interim is set up at the start of business on the first business day after the New York equivalent record date and closes at the end of business on the actual record date.

Deposits and WTs processed during the mini-interim period do not affect your position for dividend allocations. If you make a rush withdrawal-by-transfer (RWT) during the mini-interim period, your position for dividend or interest allocation is reduced. You must submit a formal claim for any dividend or interest involving certificates withdrawn as RWTs during this mini-interim period. See Claims.

Dividend allocation is made to your position based on the New York equivalent record date position, updated to include any DO movements that were made up to and including the actual record date.

## Optional Dividends

### About the Product

On selected distributions, the issuer gives the holder several distribution options (such as receiving the distribution in cash, stock, or a combination). DTC receives written correspondence from agents detailing the available options and deadlines for submitting instructions. All relevant information is passed on to you via Important Notices available on our Web site at
**http://www.dtcc.com/legal/imp_notices/** and scheduled PTS/PBS broadcasts.

As a DTC participant, you can make your elections via the PTS function EDS or via PBS.

### Benefits of using the Optional Dividend Service

The Optional Dividend Service allows you to avoid receiving the mandatory option the issuer has announced.