# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. CAPITAL MANAGEMENT FUND LP, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. and THE DEPOSITORY TRUST COMPANY,<br><br>        Defendants. | Case No. 17-00311 (GMS) |

### DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S MOTION TO DISMISS

Defendant Financial Industry Regulatory Authority, Inc. respectfully submits this motion to dismiss the claim against it with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for the reasons stated in the brief in support that accompanies this motion.

| Of Counsel: | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| Douglas W. Henkin<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112-4498<br>(212) 408-2520<br>douglas.henkin@bakerbotts.com | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (# 3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>Email: dgattuso@hegh.law |
| J. Mark Little<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002-4992<br>(713) 229-1489<br>mark.little@bakerbotts.com | *Attorneys for Defendant*<br>*Financial Industry Regulatory Authority, Inc.* |

Dated: April 25, 2017