IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.E. CAPITAL MANAGEMENT FUND LP, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. and THE DEPOSITORY TRUST COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 17-00311 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT THE DEPOSITORY TRUST COMPANY'S**
**MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT**

  Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Depository Trust Company ("DTC") hereby moves to dismiss Plaintiff's Verified Complaint (D.I. 1). The grounds for this motion are fully set forth in Defendant The Depository Trust Company's Answering Brief in Opposition to Plaintiff's Motion For Preliminary Injunction and Opening Brief in Support of its Cross-Motion to Dismiss filed contemporaneously herewith.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Donna L. Culver*
                R. Judson Scaggs, Jr. (#2676)
                Donna L. Culver (#2983)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                rjscaggs@mnat.com
                dculver@mnat.com
                 *Attorneys for Defendant The Depository*
                 *Trust Company*

OF COUNSEL:

Gregg M. Mashberg
Proskauer Rose, LLP
Eleven Times Square
New York, NY  10036-8299

April 25, 2017

10996128