| | |
|---|---|
| **From:** | Posin, Kimberly (LA) |
| **To:** | dividendannouncements@dtcc.com |
| **Cc:** | Christina Pullo; Gilhuly, Peter (LA); McNeil, Nicole (BN); Craythorn, Dennis (NY); Handrinos, Peter (BN); Geoffrey Berman |
| **Subject:** | DNIB Unwind, Inc. |
| **Date:** | Monday, September 26, 2016 12:01:48 PM |
| **Attachments:** | BIND - 9-23-16 Transcript.pdf<br>M042116342231-rep-2609110802.pdf |

Please be advised that the Bankruptcy Court for the District of Delaware entered the attached Order confirming DNIB Unwind, Inc.'s Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan") on September 26, 2016. The Plan provides for a Distribution Record Date of August 30, 2016. Also attached is the September 23, 2016 transcript from the Bankruptcy Court's telephonic ruling on confirmation of the Plan.

The Debtors expect to make initial distributions to equity holders (including Cede) in October or November and will notify DTC once an initial distribution date has been established. Please let us know if there anything you need in the meantime.

If you have any questions, I can be reached at (213) 891-7322.

Best,

Kim Posin

Counsel to DNIB Unwind, Inc.

**Kimberly A. Posin**
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7322
Fax: +1.213.891.8763
Email: kim.posin@lw.com
http://www.lw.com

DNIB 000001

| | |
|---|---|
| **From:** | Posin, Kimberly (LA) |
| **To:** | Mandatory Reorg Announcements |
| **Cc:** | Lamoureux, Heather; Geoffrey Berman; Gilhuly, Peter (LA); Christina Pullo |
| **Subject:** | RE: 233242106, 114 | DNIB UNWIND INC |
| **Date:** | Tuesday, November 29, 2016 11:49:17 AM |

Heather:
The Security Position Report provided by DTC on November 10 listed 16,175,594 BIND shares as of 8/30/2016. We expect to distribute $0.3815 cents per share (for a total of $6,171,101.77) to DTC on December 15, 2016. Can you please provide wire instructions?
Best,
Kim

**Kimberly A. Posin**
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7322
Fax: +1.213.891.8763
Email: kim.posin@lw.com
http://www.lw.com

**From:** Mandatory Reorg Announcements [mailto:MandatoryReorgAnnouncements@dtcc.com]
**Sent:** Tuesday, November 29, 2016 8:33 AM
**To:** Posin, Kimberly (LA)
**Cc:** Mandatory Reorg Announcements; Lamoureux, Heather
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC
Hi Kim,
Please advise when the payment breakdown will be sent for this distribution.
Thank you.
Regards,
**Heather Lamoureux**
Mandatory Reorg Announcements
DTCC Tampa
hlamoureux@dtcc.com
(813) 470-1676 - Phone
(888) 382-2721 - Client Help Center



Visit our Agent Services webpage for all your agent needs!
Learn what's new at DTCC: Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.

**From:** Mandatory Reorg Announcements
**Sent:** Friday, November 25, 2016 2:58 PM
**To:** 'Kim.posin@lw.com'
**Cc:** Mandatory Reorg Announcements
**Subject:** 233242106, 114 | DNIB UNWIND INC
Hello,
The trustee can send all communications in regards to Initial distribution to our group mailbox (mandatoryreorgannouncements@dtcc.com) and someone will be able to respond back.
Regards,
Mohamed A. Salim
Generalist
Mandatory Reorg Announcements
DTCC Tampa
813.470.1609| Msalim@dtcc.com

| | |
|---|---|
| **From:** | Geoffrey Berman |
| **To:** | Lamoureux, Heather |
| **Cc:** | Gilhuly, Peter (LA); cpullo@PrimeClerk.com; Mandatory Reorg Announcements; Peter Thomson (PeterThomson@bindtherapeutics.com); Kevin Byers; Posin, Kimberly (LA) |
| **Subject:** | RE: 233242106, 114 | DNIB UNWIND INC |
| **Date:** | Wednesday, November 30, 2016 3:46:53 PM |
| **Attachments:** | DTC 113016.pdf |

Ms. Lamoureaux:
Please see the attached *revised notice*.
Geoff Berman

**From:** Geoffrey Berman
**Sent:** Tuesday, November 29, 2016 2:53 PM
**To:** 'Lamoureux, Heather'; 'Kim.posin@lw.com'
**Cc:** PETER.GILHULY@lw.com; cpullo@PrimeClerk.com; Mandatory Reorg Announcements; Peter Thomson (PeterThomson@bindtherapeutics.com); Kevin Byers
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC

Heather:
Please see the attached per your request to Kim Posin.
Geoff Berman

**From:** Lamoureux, Heather [mailto:hlamoureux@dtcc.com]
**Sent:** Tuesday, November 29, 2016 12:43 PM
**To:** 'Kim.posin@lw.com'
**Cc:** Geoffrey Berman; PETER.GILHULY@lw.com; cpullo@PrimeClerk.com; Mandatory Reorg Announcements
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC

Hi Kim,
As per my voicemail, DTC requires the below information in a document with letterhead. It should also include the CUSIPs involved in the distribution and whether the distribution is based on surrender/cancellation of the old securities or record date.
Let me know if you have any questions.

Thank you.
Regards,
**Heather Lamoureux**
Mandatory Reorg Announcements
DTCC Tampa
hlamoureux@dtcc.com
(813) 470-1676 - Phone
(888) 382-2721 - Client Help Center



***Visit our Agent Services webpage for all your agent needs!***
Learn what's new at DTCC: Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.

**From:** Kim.posin@lw.com [mailto:Kim.posin@lw.com]
**Sent:** Tuesday, November 29, 2016 2:49 PM
**To:** Mandatory Reorg Announcements
**Cc:** Lamoureux, Heather; gberman@dsi.biz; PETER.GILHULY@lw.com; cpullo@PrimeClerk.com
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC
Heather:
The Security Position Report provided by DTC on November 10 listed 16,175,594 BIND

DNIB 000227

Mandatory Reorg Announcements
DTCC Tampa
hlamoureux@dtcc.com
(813) 470-1676 - Phone
(888) 382-2721 - Client Help Center



Visit our Agent Services webpage for all your agent needs!
Learn what's new at DTCC: Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.

**From:** Kim.posin@lw.com [mailto:Kim.posin@lw.com]
**Sent:** Tuesday, November 29, 2016 2:49 PM
**To:** Mandatory Reorg Announcements
**Cc:** Lamoureux, Heather; gberman@dsi.biz; PETER.GILHULY@lw.com; cpullo@PrimeClerk.com
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC

Heather:
The Security Position Report provided by DTC on November 10 listed 16,175,594 BIND shares as of 8/30/2016. We expect to distribute $0.3815 cents per share (for a total of $6,171,101.77) to DTC on December 15, 2016. Can you please provide wire instructions?
Best,
Kim

**Kimberly A. Posin**
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7322
Fax: +1.213.891.8763
Email: kim.posin@lw.com
http://www.lw.com

**From:** Mandatory Reorg Announcements [mailto:MandatoryReorgAnnouncements@dtcc.com]
**Sent:** Tuesday, November 29, 2016 8:33 AM
**To:** Posin, Kimberly (LA)
**Cc:** Mandatory Reorg Announcements; Lamoureux, Heather
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC

Hi Kim,
Please advise when the payment breakdown will be sent for this distribution.
Thank you.
Regards,

**Heather Lamoureux**
Mandatory Reorg Announcements
DTCC Tampa
hlamoureux@dtcc.com
(813) 470-1676 - Phone
(888) 382-2721 - Client Help Center



Visit our Agent Services webpage for all your agent needs!
Learn what's new at DTCC: Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.

**From:** Mandatory Reorg Announcements
**Sent:** Friday, November 25, 2016 2:58 PM
**To:** 'Kim.posin@lw.com'
**Cc:** Mandatory Reorg Announcements
**Subject:** 233242106, 114 | DNIB UNWIND INC

DNIB 000234

| | |
|---|---|
| **From:** | Posin, Kimberly (LA) |
| **To:** | Dividend Default Payments |
| **Cc:** | cpullo@PrimeClerk.com; Geoffrey Berman; Gilhuly, Peter (LA) |
| **Subject:** | RE: 233242106, 114 | DNIB UNWIND INC |
| **Date:** | Thursday, December 15, 2016 1:09:39 PM |
| **Importance:** | High |

Emma:
When BIND Therapeutics changed its name to DNIB Unwind in August 2016, a new CUSIP was issued by FINRA effective 8/31/2016 as follows:
New Name: DNIB Unwind, Inc.
New CUSIP (Common Stock): 233242106
The old CUSIP was 05548N107 and the Record Date provided for in BIND's confirmed bankruptcy Plan was August 30, 2016. I believe the letter from Mr. Berman to DTC may have mistakenly included the new CUSIP for DNIB's warrants (233242-11-4). Please advise as to how you would like us to proceed so that we can ensure distributions go out to equity holders as expeditiously as possible.
Best,
Kim Posin

**Kimberly A. Posin**
**LATHAM & WATKINS** LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7322
Fax: +1.213.891.8763
Email: kim.posin@lw.com
http://www.lw.com

**From:** Harris, Emma [mailto:eharris@dtcc.com] **On Behalf Of** Dividend Default Payments
**Sent:** Thursday, December 15, 2016 12:04 PM
**To:** Posin, Kimberly (LA)
**Subject:** FW: 233242106, 114 | DNIB UNWIND INC
DTCC is unable to allocate the funds, position was not under the CUSIPs on the attachment until September 1,2016. The record date provided is incorrect.

**From:** Lew, Raymond J. **On Behalf Of** Dividend Announcements
**Sent:** Wednesday, November 30, 2016 10:07 AM
**To:** Dividend Default Payments
**Subject:** FW: 233242106, 114 | DNIB UNWIND INC

**From:** Mandatory Reorg Announcements
**Sent:** Wednesday, November 30, 2016 8:50 AM
**To:** Dividend Announcements
**Cc:** Mandatory Reorg Announcements
**Subject:** FW: 233242106, 114 | DNIB UNWIND INC
Robert Giordano
Lead Specialist
Mandatory Reorg Announcements
DTCC [Jersey City]
rgiordano@dtcc.com
(212) 855-5251



Visit us at www.dtcc.com or follow us on Twitter @The_DTCC
and on LinkedIn.
To learn about career opportunities at DTCC, please visit dtcc.com/careers.
DTCC Confidential (Yellow)

| | |
|---|---|
| **From:** | Harris, Emma on behalf of Dividend Default Payments |
| **To:** | Posin, Kimberly (LA) |
| **Subject:** | RE: 233242106, 114 | DNIB UNWIND INC |
| **Date:** | Thursday, December 15, 2016 1:41:57 PM |

In order to process the issue we would need a record date greater than 08/31/16.

**From:** Kim.posin@lw.com [mailto:Kim.posin@lw.com]
**Sent:** Thursday, December 15, 2016 4:10 PM
**To:** Dividend Default Payments
**Cc:** cpullo@PrimeClerk.com; gberman@dsi.biz; PETER.GILHULY@lw.com
**Subject:** RE: 233242106, 114 | DNIB UNWIND INC
**Importance:** High

Emma:

When BIND Therapeutics changed its name to DNIB Unwind in August 2016, a new CUSIP was issued by FINRA effective 8/31/2016 as follows:

New Name: DNIB Unwind, Inc.
New CUSIP (Common Stock): 233242106

The old CUSIP was 05548N107 and the Record Date provided for in BIND's confirmed bankruptcy Plan was August 30, 2016. I believe the letter from Mr. Berman to DTC may have mistakenly included the new CUSIP for DNIB's warrants (233242-11-4). Please advise as to how you would like us to proceed so that we can ensure distributions go out to equity holders as expeditiously as possible.

Best,
Kim Posin

**Kimberly A. Posin**
**LATHAM & WATKINS** LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7322
Fax: +1.213.891.8763
Email: kim.posin@lw.com
http://www.lw.com

**From:** Harris, Emma [mailto:eharris@dtcc.com] **On Behalf Of** Dividend Default Payments
**Sent:** Thursday, December 15, 2016 12:04 PM
**To:** Posin, Kimberly (LA)
**Subject:** FW: 233242106, 114 | DNIB UNWIND INC

DTCC is unable to allocate the funds, position was not under the CUSIPs on the attachment until September 1,2016. The record date provided it incorrect.

**From:** Lew, Raymond J. **On Behalf Of** Dividend Announcements
**Sent:** Wednesday, November 30, 2016 10:07 AM
**To:** Dividend Default Payments
**Subject:** FW: 233242106, 114 | DNIB UNWIND INC

**From:** Mandatory Reorg Announcements
**Sent:** Wednesday, November 30, 2016 8:50 AM
**To:** Dividend Announcements
**Cc:** Mandatory Reorg Announcements
**Subject:** FW: 233242106, 114 | DNIB UNWIND INC

Robert Giordano
Lead Specialist
Mandatory Reorg Announcements
DTCC [Jersey City]
rgiordano@dtcc.com
(212) 855-5251

DNIB 000261