IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

B.E. CAPITAL MANAGEMENT FUND LP,      )
on behalf of itself and all others similarly    )
situated,                                        )
                                                 )
                Plaintiff,                       )
                                                 )     C.A. No. 17-0311 (GMS)
        v.                                       )
                                                 )
FINANCIAL INDUSTRY REGULATORY         )
AUTHORITY, INC. and THE                      )
DEPOSITORY TRUST COMPANY,             )
                                                 )
                Defendants.                      )

## STIPULATION AND ORDER

WHEREAS, on March 22, 2107, plaintiff B.E. Capital Management Fund LP ("Plaintiff") filed a complaint (D.I. 1) in the above-captioned suit against defendants Financial Industry Regulatory Authority, Inc. ("FINRA") and The Depository Trust Company ("DTC," and together with FINRA, the "Defendants"); and

WHEREAS, on March 23, 2017, Plaintiff filed a Motion for Preliminary Injunction and related papers seeking preliminary injunctive relief against DTC (D.I. 3-4); and,

WHEREAS, on April 4, 2017, the parties filed a Stipulation and Order in which they stipulated, subject to the approval of the Court to extend the dates (1) for DTC to file its answering brief in opposition to the Motion for Preliminary Injunction and to move, answer, or otherwise plead in response to the complaint are extended to and including April 25, 2017; (2) for FINRA to move, answer, or otherwise plead in response to the complaint to and including April 25, 2017; and (3) for Plaintiff to file its reply brief in support of the Motion for Preliminary Injunction and to respond to any motions filed against the complaint to and including May 29, 2017; and

WHEREAS, on April 25, 2017, FINRA filed a motion to dismiss the complaint and its opening brief in support thereof (D.I. 11); and

WHEREAS, on April 25, 2017, DTC filed a motion to dismiss the complaint (D.I. 14), and its answering brief in opposition to Plaintiff's motion for preliminary injunction and opening brief in support of its cross-motion to dismiss (D.I. 15); and

WHEREAS, on May 29, 2017, Plaintiff filed its answering briefs in opposition to Defendants' motions to dismiss (D.I. 17-18); and

WHEREAS, the parties have agreed, subject to the approval of the Court, to extend the date by which Defendants shall file their reply briefs in support of their motions to dismiss by an additional week, through and including June 12, 2017; and

WHEREAS, the foregoing extensions are requested, to provide additional time for Defendants to respond to the answering briefs due to scheduling limitations on the part of Defendants' counsel.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court that the date by which Defendants shall file their reply briefs in support of their motions to dismiss is extended to and including June 12, 2017.

KLEIN LLC

/s/ Julia B. Klein
Julia B. Klein (#5198)
919 North Market Street
Suite 600
Wilmington, DE 19801
(302) 438-0456
klein@kleinllc.com

*Attorneys for Plaintiff*
*and the Putative Class*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
300 Delaware Avenue
Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@proctorheyman.com

*Attorneys for Defendant*
*Financial Industry Regulatory Authority, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Donna L. Culver
R. Judson Scaggs, Jr. (#2676)
Donna L. Culver (#2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rscaggs@mnat.com
dculver@mnat.com

*Attorneys for Defendant*
*The Depository Trust Company*

Dated: June 2, 2017


SO ORDERED this _____ day of June 2017.


_____
THE HONORABLE GREGORY M. SLEET
SENIOR UNITED STATES DISTRICT JUDGE