**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| B.E. CAPITAL MANAGEMENT FUND LP, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br> - against -<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. and THE DEPOSITORY TRUST COMPANY,<br><br>    Defendants. | Case No. 17-311 GMS |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1.4 of the Local Rules of the United States District Court for the District of Delaware, B.E. Capital Management Fund LP, on behalf of itself and all others similarly situated, by and through its undersigned counsel, respectfully requests that oral argument be scheduled in connection with Defendants' *Motions to Dismiss* [D.I. 10 & 14]. The undersigned believes oral argument with respect thereto will be useful to the Court in ruling on the issues presented therein.

Dated: June 13, 2017
         Wilmington, Delaware

KLEIN LLC

*/s/ Julia Klein*
Julia B. Klein (DE 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

*Counsel for Plaintiff
and the Putative Class*