**klein** llc
919 N. MARKET STREET
SUITE 600
WILMINGTON, DE 19801
WWW.KLEINLLC.COM

**Julia B. Klein**  (302) 438-0456
Attorney at Law  klein@kleinllc.com

July 19, 2017

*By E-Filing & by Hand*
The Honorable Gregory Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Unit 19
Wilmington, DE 19801-3569

    Re: ***B.E. Capital Management Fund, LP on behalf of itself and all others similarly situated, v. Financial Industry Regulatory Authority, Inc. and The Depository Trust Company*, Case No. 17-311 (GMS) Special Request for Assignment of Bankruptcy Appeal 17-31, Case No. 17-945 (UNA)**

Dear Judge Sleet:

This firm represents B.E. Capital Management Fund, LP, the plaintiff in the above-referenced actions.

I write to advise the Court that an appeal has been taken from an order by the Bankruptcy Court for the District of Delaware, which appeal is substantially related to the suit currently pending before your Honor. Both matters sport the same plaintiff and relate to the same plan confirmed under chapter 11 of the Bankruptcy Code and, more specifically, to the distributions of funds to bankruptcy estate creditors.

The appeal, case number 17-945, currently awaits assignment to a District Court Judge. For the reason stated above, I respectfully request that Your Honor accept assignment of the bankruptcy appeal.

I appreciate the Court's consideration of this request and counsel is available should the Court have any questions. I can be reached at (302) 438-0456.

Respectfully,

Julia B. Klein
(DE #5198)

cc:   Counsel of Record (via E-File)